**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Richard H. Hammond, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR SCHEDULING** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| United States Office of Personnel | ) | |
| Management, and John Berry, | ) | |
| Director, | ) | |
| | ) | Case No.: 1:10-cv-094 |
| Defendants. | ) | |

The undersigned shall hold scheduling conference with the parties on March 30, 2011, at 9:00 a.m. The scheduling conference will be held at the United States Courthouse in Bismarck, North Dakota (courtroom #2).

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2011.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr.
                United States Magistrate Judge