**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Richard H. Hammond, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:10-cv-094 |
| ) | |
| United States Office of Personnel ) | |
| Management, ) | |
| ) | |
| Defendant. ) | |

_____

The court held a scheduling conference on March 30, 2011. James P. Thomas was present on behalf of the defendant. Plaintiff Richard H. Hammond appeared *pro se*. Pursuant to the court's discussion with the parties at the scheduling conference, the following briefing schedule shall apply in this case:

Defendant shall file its motion for summary judgment by **April 8, 2011**

Plaintiff shall file a response by **June 1, 2011**

Defendant shall file a reply by **July 12, 2011**

Furthermore, pursuant to the agreement of both parties communicated to the court at the scheduling conference, the court **GRANTS** defendant's Motion to Substitute Party. See Docket No. 12. The Clerk's office is directed to amend the caption in this case to include only the United States Office of Personnel Management as a defendant.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge